IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS, SPRINGFIELD DIVISION

| | |
|---|---|
| KATHRYN WISWELL, | ) |
| Plaintiff, | ) |
| v. | ) No. 08-CV-3093 |
| DENEE JORDAN, et al., | ) |
| Defendants. | ) |

## REPORT AND RECOMMENDATION

BYRON G. CUDMORE, U.S. MAGISTRATE JUDGE:

On April 9, 2008, Plaintiff filed her Complaint herein and paid all filing fees in full. On April 25, 2008, the court file reflects that Requests for Waiver of Service were sent by Plaintiff to all Defendants. Defendant Judith Abbott returned the waiver and subsequently on July 15, 2008 filed a Motion to Dismiss (d/e 8). The court file does not reflect waivers being returned by the remaining Defendants. By U.S. District Judge Scott's Opinion (d/e 11) dated September 11, 2008, Defendant Abbott's Motion to Dismiss was allowed and Plaintiff was given leave to file an amended complaint.

Plaintiff's Amended Complaint (d/e 12) was filed on October 10, 2008. Defendant Abbott again filed a Motion to Dismiss (d/e 14) which was

allowed by Judge Scott's Opinion (d/e 17) entered December 1, 2008.  By that order, Defendant Abbott was dismissed from the case.  The court file still did not reflect service on the remaining Defendants Denee Jordan, Kathy Nelson, Amber McGinnis, and Chaddock.

On March 11, 2009, the undersigned entered a Text Order directing Plaintiff to file a written status report regarding service of the Amended Complaint on the remaining Defendants and advising Plaintiff that over 120 days had elapsed since the Amended Complaint was filed.   Federal Rule of Civil Procedure 4(m) directs that a Plaintiff must serve a Defendant within 120 days of filing of the complaint.

On March 23, 2009, Plaintiff filed her Status Report (d/e 18) requesting additional time to perfect service.  That request was allowed by Text Order of March 24, 2009 and Plaintiff was granted until April 15, 2009 to complete service.  Plaintiff was advised in that Text Order if service was not perfected by April 15, 2009, the case was subject to dismissal for want of prosecution.  The court file reflects that summons were issued on April 1, 2009 as to the remaining Defendants, but no return of service as to any Defendant is shown.

As of this date, Plaintiff has failed to comply with Rule 4(m). The Court recommends that Plaintiff's Amended Complaint (d/e 12) be dismissed for want of prosecution.

Plaintiff is advised that any objection to this Report and Recommendation must be filed in writing with the Clerk of the Court within ten working days after being served with a copy of this Report and Recommendation. See 28 U.S.C. § 636(b)(1). Failure to file a timely objection will constitute a waiver of objections on appeal. <u>Video Views, Inc. v. Studio 21, Ltd.</u>, 797 F.2d 538, 539 (7th Cir. 1986). See Local Rule 72.2.

ENTER:   April 27, 2009

    FOR THE COURT:        s/ Byron G. Cudmore

                                              _____
                                              BYRON G. CUDMORE
                                       UNITED STATES MAGISTRATE JUDGE